WARREN WOOD, Respondent, *v.* JOHN J. SULLIVAN, Appellant.

*Wood* v. *Sullivan*, 142 App. Div. 923, affirmed.
(Argued December 12, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 17, 1911, affirming a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term without a jury in an action to recover for goods alleged to have been sold and delivered.

*Howard R. Sturtevant* for appellant.

*James C. Dolan* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., GRAY, WERNER, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ.